THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Joey Hanks,       
Appellant.
 
 
 

Appeal From Anderson County
Alexander S. Macaulay, Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-173
Submitted January 10, 2003  Filed March 
 4, 2003  

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia;  
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy 
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Charles 
 H. Richardson, of Columbia;  and Solicitor Druanne Dykes White, of Anderson; 
 for Respondent.
 
 
 

PER CURIAM:  Joey Hanks appeals from his 
 guilty plea to multiple charges arising from a traffic stop.  Hanks argues that 
 prior to accepting his plea, the trial court erred by not granting his motion 
 to suppress evidence allegedly obtained pursuant to an unlawful search.  Counsel 
 for Hanks attached to her brief a petition to be relived as counsel, stating 
 she had reviewed the record and concluded Hankss appeal lacks merit.  Hanks 
 filed a separate pro se brief.  After a thorough review of the record, 
 Hankss pro se brief, and counsels brief pursuant to Anders v. California, 
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 
 357 (1991), we dismiss [1] Hankss appeal and grant counsels 
 motion to be relived.
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY and SHULER, JJ., concur.

 
 [1]   We decide this case without oral argument pursuant 
 to Rule 215, SCACR.